KATHERINE HART #76715
Attorney at Law
2055 San Joaquin
Fresno, Ca. 93721
Telephone: (559) 256-9800
Facsimile: (559) 256-9798

Attorney for Defendant
LLOYD TOM TRAVIS

# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CV-F-07-00101 AWI |
| Plaintiff, | STIPULATION AND REQUEST FOR ORDER TO CONTINUE SENTENCING FROM APRIL 14, 2008 at 9:00 am to MAY 5, 2008 at 9:00 am |
| v. | New Date: May 5, 2008<br>Time: 9:00 a.m.<br>Dept: Courtroom 2, AWI |
| LLOYD TOM TRAVIS, et al. | |
| Defendant. | |

IT is hereby stipulated between counsel for the government and counsel for Defendant that the sentencing date previously set for April 14, 2008 at 9:00 a.m. be re-set to May 5, 2008 at 9:00 a.m., as probation officer TIM MECHEM has requested additional time to investigate Defendant's Proposition 36 criminal history record from Fresno County Superior Court.

DATE: March 31, 2008         /s/ Katherine Hart
                              KATHERINE HART

1

1  DATED: March 31, 2008                /s/   Stanley Boone
                                        STANLEY   BOONE,   ASSISTANT
2                                       UNITED STATES ATTORNEY

3

4

5                                    ORDER

6  Based on the stipulation between counsel and the need for the Federal Probation

7  Department to examine records, it is hereby ordered that the sentencing date in the

8  case of United States v. Lloyd Tom Travis, Case No. CR-F-07-00101 be continued

9  from April 14, 2008 to May 5, 2008 at 9:00 a.m.

10

11  IT IS SO ORDERED.

12  **Dated:   April 1, 2008**             **/s/ Anthony W. Ishii**
                                           UNITED STATES DISTRICT JUDGE

2