KATHERINE HART #76715
Attorney at Law
2055 San Joaquin
Fresno, Ca. 93721
Telephone: (559) 256-9800
Facsimile:  (559) 256-9798

Attorney for Defendant
LLOYD TOM TRAVIS

# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 1:07-CR-00101-AWI |
| Plaintiff, | STIPULATION AND REQUEST FOR ORDER TO CONTINUE SENTENCING FROM JANUARY 12, 2009 to MARCH 16, 2009 at 9:00 am |
| v. | |
| | New Date: March 16, 2009<br>Time: 9:00 a.m.<br>Dept: Courtroom 2, AWI |
| LLOYD TOM TRAVIS, et al. | |
| Defendant. | |

IT is hereby stipulated between counsel for the government and counsel for Defendant that the sentencing date previously set for January 12, 2009 at 9:00 a.m. be re-set to March 16, 2009 at 9:00 a.m., as defendant needs two additional months to complete a state court-ordered fifty-two week batterer's treatment program.

/ / /

/ / /

/ / /

1

DATE: January 9, 2009          /s/ Katherine Hart
                               KATHERINE HART, Attorney for LLOYD TOM TRAVIS


DATE: January 9, 2009          /s/  Stanley Boone
                               STANLEY BOONE, ASSISTANT UNITED STATES ATTORNEY


## ORDER

Based on the stipulation between counsel and the need for defendant to complete a state-court ordered treatment program, it is hereby ordered that the sentencing date in the case of United States v. Lloyd Tom Travis, Case No. CR-F-07-00101 be continued from January 12, 2009 to March 16, 2009 at 9:00 a.m.

IT IS SO ORDERED.

**Dated:   January 9, 2009**                    /s/ Anthony W. Ishii
                                        CHIEF UNITED STATES DISTRICT JUDGE

2