# United States District Court
## EASTERN DISTRICT OF CALIFORNIA

United States of America )
vs. ) Case No. 07-0101 AWI
Lloyd Thomas Travis )
)

FILED MAR 11 2009 CLERK, U.S. DIST. EASTERN DISTRICT COURT CALIFORNIA

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, _Lloyd Thomas Travis_, have discussed with _Montgomery L. Olson_, Pretrial Services Officer, modifications of my release conditions as follows:

The conditions requiring the defendant to avoid all contact with Jaclyn Raley and Jeremiah Raley; requiring the defendant to participate in the Curfew component of the home confinement program; and, requiring him to be subject to passive GPS tracking, shall be removed.

All other conditions not in conflict with this order shall remain in full force and effect.

I consent to this modification of my release conditions and agree to abide by this modification.

_[signature]_ 3/6/09    _[signature]_ 3/6/09
Signature of Defendant  Date   Pretrial Services Officer  Date

I have reviewed the conditions and concur that this modification is appropriate.
_[signature]_                                 3/11/09
Signature of Assistant United States Attorney         Date

I have reviewed the conditions with my client and concur that this modification is appropriate.
x _[signature]_                              3/6/09
Signature of Defense Counsel                  Date

### ORDER OF THE COURT

☑ The above modification of conditions of release is ordered, to be effective on 3/11/09.
☐ The above modification of conditions of release is *not* ordered.

_[signature]_                                 3/11/09
Signature of Judicial Officer                 Date

cc: U.S. Attorney's Office, Defense Counsel, Pretrial Services